UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00511
   DONNA M LUCAS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4026

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 01/20/2006 and was confirmed 03/09/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

   The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED | 579.78 | 18.32 | 579.78 |
| SUNTRUST MORTGAGE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK N A | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 5264.49 | .00 | 885.86 |
| B-REAL LLC | UNSECURED | 9346.26 | .00 | 1572.70 |
| DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7084.80 | .00 | 1192.16 |
| TERRACE CONDOMINIUM ASN | CURRENT MORTG | .00 | .00 | .00 |
| SUN TRUST | CURRENT MORTG | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 861.15 | .00 | 144.91 |
| SUN TRUST | COST OF COLLE | .00 | .00 | .00 |
| RICHARD S BASS | DEBTOR ATTY | 1,389.00 | | 1,389.00 |
| TOM VAUGHN | TRUSTEE | | | 367.27 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,150.00 | |
| PRIORITY | | .00 |
| SECURED | | 579.78 |
| INTEREST | | 18.32 |
| UNSECURED | | 3,795.63 |
| ADMINISTRATIVE | | 1,389.00 |
| TRUSTEE COMPENSATION | | 367.27 |
| DEBTOR REFUND | | .00 |
| TOTALS | 6,150.00 | 6,150.00 |

          PAGE  1 - CONTINUED ON NEXT PAGE
             CASE NO. 06 B 00511 DONNA M LUCAS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                                   _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE